David A. Birdsell
216 N. Center
Mesa, AZ 85201

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                    §        Case  No. 2:10-bk-13505-GBN
                                          §
DAVID A. PEAK                             §
SUSAN L. PEAK                             §
                                          §
              Debtors                     §

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>05/04/2010</u>.  The undersigned trustee was appointed on <u>05/04/2010</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                        $3,153.02

         Funds were disbursed in the following amounts:

         Payments made under an interim distribution                              $0.00
         Administrative expenses                                                  $0.00
         Bank service fees                                                        $83.73
         Other Payments to creditors                                             $0.00
         Non-estate funds paid to 3rd Parties                                    $2,081.84
         Exemptions paid to the debtor                                            $0.00
         Other payments to the debtor                                            $0.00

         Leaving a balance on hand of[1]                                          $987.45

The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/13/2011 and the deadline for filing government claims was 09/13/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $267.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $267.80, for a total compensation of $267.80[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $114.66, for total expenses of $114.66.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/04/2012                              By:    /s/ David A. Birdsell
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| | | |
|---|---|---|
| **Case No.:** | 10-13505-PHX GBN | **Trustee Name:** David A. Birdsell |
| **Case Name:** | PEAK, DAVID A. AND PEAK, SUSAN L. | **Date Filed (f) or Converted (c):** 05/04/2010 (f) |
| **For the Period Ending:** | 12/4/2012 | **§341(a) Meeting Date:** 06/10/2010 |
| | | **Claims Bar Date:** 09/13/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 3882 WESTCHESTER DR. CHANDLER AZ | $214,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | ABANDONMENT FILED | | | | | |
| 2 | TIMESHARE - WYNDHAM RESORTS | Unknown | Unknown | OA | $0.00 | FA |
| 3 | TIMESHARE - ISLE OF BALI RESORTS | Unknown | Unknown | OA | $0.00 | FA |
| 4 | CASH IN BANKS | $300.00 | $0.00 | | $0.00 | FA |
| 5 | SECURITY DEPOSITS | $3,725.00 | $0.00 | | $0.00 | FA |
| 6 | HOUSEHOLDS | $3,700.00 | $0.00 | | $0.00 | FA |
| 7 | APPAREL | $600.00 | $0.00 | | $0.00 | FA |
| 8 | WEDDING RINGS | $500.00 | $0.00 | | $0.00 | FA |
| 9 | TERM LIFE INSURANCE | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2007 CHEVY | $22,250.00 | $0.00 | | $0.00 | FA |
| 11 | 2007 SAAB | $11,150.00 | $0.00 | | $0.00 | FA |
| 12 | 2006 NISSAN | $4,600.00 | $0.00 | | $0.00 | FA |
| 13 | PETS | $125.00 | $0.00 | | $0.00 | FA |
| 14 | 2010 TAX REFUNDS        (u) | $0.00 | $3,153.00 | | $3,153.00 | FA |
| 15 | INTEREST EARNED        (u) | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned        (u) | Unknown | Unknown | | $0.02 | FA |

**TOTALS (Excluding unknown value)**

| | **Gross Value of Remaining Assets** |
|---|---|
| $260,950.00          $3,153.00 | $3,153.02          $0.00 |

**Major Activities affecting case closing:**
12/31/2012     TRUSTEE IS WORKING ON HIS FINAL REPORT (DB OFFICE)

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2011 | **Current Projected Date Of Final Report (TFR):** 12/31/2012 | /s/ DAVID A. BIRDSELL |
| | | DAVID A. BIRDSELL |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 10-13505-PHX GBN |
| Case Name: | PEAK, DAVID A. AND PEAK, SUSAN L. |
| Primary Taxpayer ID #: | ******2853 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 5/4/2010 |
| For Period Ending: | 12/4/2012 |

| | |
|---|---|
| Trustee Name: | David A. Birdsell |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******4265 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $806,995,770.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2011 | (14) | U.S. DEPARTMENT OF TREASURY | 2010 FEDERAL TAX REFUND | 1224-000 | $2,705.00 | | $2,705.00 |
| 06/13/2011 | (14) | STATE OF ARIZONA | 2010 STATE TAX REFUND | 1224-000 | $448.00 | | $3,153.00 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,153.02 |
| 07/01/2011 | | To Account #*********4266 | TRANSFER TO CHECKING ACCT. | 9999-000 | | $2,081.84 | $1,071.18 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $1.47 | $1,069.71 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,044.71 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,019.71 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $994.71 |
| 05/10/2012 | | Integrity Bank | Transfer Funds | 9999-000 | | $994.71 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $3,153.02 | $3,153.02 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $3,076.55 | |
| **Subtotal** | $3,153.02 | $76.47 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $3,153.02 | $76.47 | |

| For the period of 5/4/2010 to 12/4/2012 | | For the entire history of the account between 05/20/2011 to 12/4/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,153.02 | Total Compensable Receipts: | $3,153.02 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,153.02 | Total Comp/Non Comp Receipts: | $3,153.02 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $76.47 | Total Compensable Disbursements: | $76.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $76.47 | Total Comp/Non Comp Disbursements: | $76.47 |
| Total Internal/Transfer Disbursements: | $3,076.55 | Total Internal/Transfer Disbursements: | $3,076.55 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 10-13505-PHX GBN | |
| Case Name: | PEAK, DAVID A. AND PEAK, SUSAN L. | |
| Primary Taxpayer ID #: | ******2853 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 5/4/2010 | |
| For Period Ending: | 12/4/2012 | |

| | |
|---|---|
| Trustee Name: | David A. Birdsell |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******4266 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $806,995,770.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/01/2011 | | From Account #**********4265 | TRANSFER TO CHECKING ACCT. | 9999-000 | $2,081.84 | | $2,081.84 |
| 07/01/2011 | 101 | DAVID & SUSAN PEAK | EXEMPT PORTION OF 2010 TAX REFUNDS | 8500-002 | | $2,081.84 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $2,081.84 | $2,081.84 | $0.00 |
| **Less: Bank transfers/CDs** | $2,081.84 | $0.00 | |
| **Subtotal** | $0.00 | $2,081.84 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $2,081.84 | |

**For the period of  5/4/2010 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,081.84 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,081.84 |
| Total Comp/Non Comp  Disbursements: | $2,081.84 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/20/2011 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,081.84 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,081.84 |
| Total Comp/Non Comp  Disbursements: | $2,081.84 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 10-13505-PHX GBN | |
| Case Name: | PEAK, DAVID A. AND PEAK, SUSAN L. | |
| Primary Taxpayer ID #: | ******2853 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 5/4/2010 | |
| For Period Ending: | 12/4/2012 | |

| | |
|---|---|
| Trustee Name: | David A. Birdsell |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******3505 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $806,995,770.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/10/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $994.71 | | $994.71 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.91 | $993.80 |
| 06/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.98 | $992.82 |
| 07/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.01 | $991.81 |
| 08/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.07 | $990.74 |
| 09/28/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.26 | $990.48 |
| 09/28/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.08 | $989.40 |
| 10/25/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | ($0.26) | $989.66 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.09 | $988.57 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.12 | $987.45 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| TOTALS: | $994.71 | $7.26 | $987.45 |
| Less: Bank transfers/CDs | $994.71 | $0.00 | |
| Subtotal | $0.00 | $7.26 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $7.26 | |

| For the period of 5/4/2010 to 12/4/2012 | | For the entire history of the account between 05/10/2012 to 12/4/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $994.71 | Total Internal/Transfer Receipts: | $994.71 |
| Total Compensable Disbursements: | $7.26 | Total Compensable Disbursements: | $7.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7.26 | Total Comp/Non Comp Disbursements: | $7.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 10-13505-PHX GBN | |
| Case Name: | PEAK, DAVID A. AND PEAK, SUSAN L. | |
| Primary Taxpayer ID #: | ******2853 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 5/4/2010 | |
| For Period Ending: | 12/4/2012 | |

| | |
|---|---|
| Trustee Name: | David A. Birdsell |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******3505 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $806,995,770.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,153.02 | $2,165.57 | $987.45 |

**For the period of 5/4/2010 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,153.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,153.02 |
| Total Internal/Transfer Receipts: | $3,076.55 |
| | |
| Total Compensable Disbursements: | $83.73 |
| Total Non-Compensable Disbursements: | $2,081.84 |
| Total Comp/Non Comp Disbursements: | $2,165.57 |
| Total Internal/Transfer Disbursements: | $3,076.55 |

**For the entire history of the case between 05/04/2010 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,153.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,153.02 |
| Total Internal/Transfer Receipts: | $3,076.55 |
| | |
| Total Compensable Disbursements: | $83.73 |
| Total Non-Compensable Disbursements: | $2,081.84 |
| Total Comp/Non Comp Disbursements: | $2,165.57 |
| Total Internal/Transfer Disbursements: | $3,076.55 |

| | |
|---|---|
| **Case No.** | 10-13505-PHX GBN |
| **Case Name:** | PEAK, DAVID A. AND PEAK, SUSAN L. |
| **Claims Bar Date:** | 09/13/2011 |

| | |
|---|---|
| **Trustee Name:** | David A. Birdsell |
| **Date:** | 12/4/2012 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID A. BIRDSELL BANKRUPTCY TRUSTEE 216 N. CENTER MESA AZ 85201 | 05/04/2010 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $114.66 | $114.66 | $0.00 | $0.00 | $0.00 | $114.66 |
| | DAVID A. BIRDSELL 216 N. Center Mesa AZ 85201 | 12/04/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $267.80 | $267.80 | $0.00 | $0.00 | $0.00 | $267.80 |
| 1 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY OH 430543025 | 06/15/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,372.13 | $5,372.13 | $0.00 | $0.00 | $0.00 | $5,372.13 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET PO BOX 248866 OKLAHOMA CITY OK 731248866 | 06/15/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,548.16 | $5,548.16 | $0.00 | $0.00 | $0.00 | $5,548.16 |
| 3 | CAPITAL ONE,N.A C/O CREDITORS BANKRUPTCY SERVICE P O BOX 740933 DALLAS TX 75374 | 06/30/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,832.33 | $1,832.33 | $0.00 | $0.00 | $0.00 | $1,832.33 |
| 4 | CHASE BANK USA NA PO BOX 15145 WILMINGTON DE 198505145 | 07/06/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,688.03 | $5,688.03 | $0.00 | $0.00 | $0.00 | $5,688.03 |
| 5 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN PA 193550701 | 07/27/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,187.26 | $19,187.26 | $0.00 | $0.00 | $0.00 | $19,187.26 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 NORFOLK VA 23541 | 08/16/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,753.02 | $5,753.02 | $0.00 | $0.00 | $0.00 | $5,753.02 |

Case No.: 10-13505-PHX GBN
Case Name: PEAK, DAVID A. AND PEAK, SUSAN L.
Claims Bar Date: 09/13/2011

Trustee Name: David A. Birdsell
Date: 12/4/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | WORLD FINANCIAL NETWORK NATIONAL BANK QUANTUM3 GROUP LLC PO BOX 788 KIRKLAND WA 980830788 | 08/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $460.82 | $460.82 | $0.00 | $0.00 | $0.00 | $460.82 |
| 8 | ATLAS ACQUISITIONS LLC 294 UNION ST. HACKENSACK NJ 07601 | 08/29/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $359.25 | $359.25 | $0.00 | $0.00 | $0.00 | $359.25 |
| 9 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 331311605 | 09/02/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,673.34 | $3,673.34 | $0.00 | $0.00 | $0.00 | $3,673.34 |
| 10 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 331311605 | 09/02/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,239.53 | $14,239.53 | $0.00 | $0.00 | $0.00 | $14,239.53 |
| 11 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 331311605 | 09/02/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,692.81 | $10,692.81 | $0.00 | $0.00 | $0.00 | $10,692.81 |
| 12 | GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVE SUITE 1120 MIAMI FL 331311605 | 09/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,978.29 | $2,978.29 | $0.00 | $0.00 | $0.00 | $2,978.29 |

**Case No.** 10-13505-PHX GBN
**Case Name:** PEAK, DAVID A. AND PEAK, SUSAN L.
**Claims Bar Date:** 09/13/2011

**Trustee Name:** David A. Birdsell
**Date:** 12/4/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | GE MONEY BANK<br><br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 331311605 | 09/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,395.60 | $1,395.60 | $0.00 | $0.00 | $0.00 | $1,395.60 |
| 14 | GE MONEY BANK<br><br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 331311605 | 09/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,327.04 | $3,327.04 | $0.00 | $0.00 | $0.00 | $3,327.04 |
| 15 | GE MONEY BANK<br><br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 331311605 | 09/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,398.05 | $2,398.05 | $0.00 | $0.00 | $0.00 | $2,398.05 |
| 16 | CAPITAL ONE, N.A<br><br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD,<br>SUITE 200<br>TUCSON AZ 85712 | 09/13/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,208.99 | $1,208.99 | $0.00 | $0.00 | $0.00 | $1,208.99 |
| | | | | | | | $84,497.11 | $84,497.11 | $0.00 | $0.00 | $0.00 | $84,497.11 |

| Case No. | 10-13505-PHX GBN | Trustee Name: | David A. Birdsell |
| Case Name: | PEAK, DAVID A. AND PEAK, SUSAN L. | Date: | 12/4/2012 |
| Claims Bar Date: | 09/13/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $84,114.65 | $84,114.65 | $0.00 | $0.00 | $0.00 | $84,114.65 |
| Trustee Compensation | $267.80 | $267.80 | $0.00 | $0.00 | $0.00 | $267.80 |
| Trustee Expenses | $114.66 | $114.66 | $0.00 | $0.00 | $0.00 | $114.66 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:    2:10-bk-13505-GBN
Case Name:    DAVID A. PEAK
           SUSAN L. PEAK
Trustee Name:   David A. Birdsell

| | |
|---|---|
| Balance on hand: | $987.45 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $987.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David A. Birdsell, Trustee Fees | $267.80 | $0.00 | $267.80 |
| DAVID A. BIRDSELL, Trustee Expenses | $114.66 | $0.00 | $114.66 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $382.46 |
| Remaining balance: | $604.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $604.99 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $604.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,114.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $5,372.13 | $0.00 | $38.64 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $5,548.16 | $0.00 | $39.90 |
| 3 | CAPITAL ONE,N.A | $1,832.33 | $0.00 | $13.18 |
| 4 | CHASE BANK USA NA | $5,688.03 | $0.00 | $40.91 |
| 5 | AMERICAN EXPRESS CENTURION BANK | $19,187.26 | $0.00 | $138.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $5,753.02 | $0.00 | $41.38 |
| 7 | WORLD FINANCIAL NETWORK NATIONAL BANK | $460.82 | $0.00 | $3.31 |
| 8 | ATLAS ACQUISITIONS LLC | $359.25 | $0.00 | $2.58 |
| 9 | CAPITAL RECOVERY III LLC | $3,673.34 | $0.00 | $26.42 |
| 10 | CAPITAL RECOVERY III LLC | $14,239.53 | $0.00 | $102.42 |
| 11 | CAPITAL RECOVERY III LLC | $10,692.81 | $0.00 | $76.91 |
| 12 | GE MONEY BANK | $2,978.29 | $0.00 | $21.42 |
| 13 | GE MONEY BANK | $1,395.60 | $0.00 | $10.04 |
| 14 | GE MONEY BANK | $3,327.04 | $0.00 | $23.93 |
| 15 | GE MONEY BANK | $2,398.05 | $0.00 | $17.25 |
| 16 | Capital One, N.A | $1,208.99 | $0.00 | $8.70 |

Total to be paid to timely general unsecured claims: $604.99
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00

Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:      $0.00

Remaining balance:      $0.00